COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-09-313-CV

 

IN THE MATTER OF M.C.S.,
JR.

 

                                               ----------

           FROM
THE 323RD DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion
To Dismiss Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See Tex. R. App. P. 42.1(a)(1), 43.2(f).

 

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

 

DELIVERED:  October 1, 2009











[1]See Tex. R. App. P. 47.4.